1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  STEVEN S. CHERENSKY (Bar No. 168275)
   steven.cherensky@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  Attorneys for Plaintiff
   Apple Inc.
7

**ADR**

**E-filing**

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11             SAN JOSE DIVISION

12

13  APPLE INC., a California Corporation,        Case No.

14            Plaintiff,                    **COMPLAINT FOR PATENT
                                            INFRINGEMENT**
15       v.
                                            **DEMAND FOR JURY TRIAL**
16  EASTMAN KODAK COMPANY, a New Jersey
    Corporation,                            **CERTIFICATION OF INTERESTED
17                                          ENTITIES OR PARTIES**
             Defendant.
18

19       Plaintiff Apple Inc. ("Apple") complains and alleges as follows against Defendant

20  Eastman Kodak Company ("Kodak"):

21       **THE PARTIES AND THE NATURE OF THIS ACTION**

22       1.     Apple is a California corporation having its principal place of business at 1 Infinite

23  Loop, Cupertino, California 95014.

24       2.     On information and belief, Kodak is a New Jersey corporation with its principal

25  place of business at 343 State Street, Rochester, New York, 14650.  On information and belief,

26
    Kodak designs, manufactures, markets, and sells digital imaging devices and related software,
27
    including in this District and elsewhere in the United States.
28

COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL
US_ACTIVE:\43348200\04\15096.0024                                    Case No.

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code, and relates to U.S. Patent No. 6,031,964 and U.S. Patent No. RE38,911.

## JURISDICTION

4.      This Court has subject matter jurisdiction under 28 U.S.C. § 1338(a).

5.      Personal jurisdiction of this Court over Kodak is proper because Kodak commits acts of infringement in violation of 35 U.S.C. § 271 and places infringing products into the stream of commerce, through an established distribution channel, with the knowledge and/or understanding that such products are sold in the State of California, including in this District. These acts cause injury to Apple within the District.  Upon information and belief, Kodak derives substantial revenue from the sale of infringing products distributed within the District, and/or expects or should reasonably expect its actions to have consequences within the District, and derives substantial revenue from interstate and international commerce.  In addition, Kodak has knowingly induced, and continues to knowingly induce, infringement within this State and within this District by contracting with others to market and sell infringing products with the knowledge and intent to facilitate infringing sales of the products by others within this District, by creating and/or disseminating user manuals for the products with like mind and intent, and by warranting the products sold by others within the District.

## VENUE

6.      Venue is proper within this District under 28 U.S.C. §§ 1391(b), (c), and 1400(b).

## INTRADISTRICT ASSIGNMENT

7.      Plaintiff Apple is located in the San Jose Division and, therefore, assignment to the San Jose Division is proper and appropriate.  Further, as set forth in Civil Local Rules 3-2(b) and (c), this action may be filed in and assigned to the San Jose Division because this action includes

intellectual property claims arising under the patent laws of the United States, Title 35 of the United States Code, and, therefore, may be assigned on a district-wide basis.

## THE PATENTS

8.      Apple is the owner by assignment of U.S. Patent No. 6,031,964 ("the '964 patent"), entitled "System and Method for Using a Unified Memory Architecture to Implement a Digital Camera Device," a true and correct copy of which is attached hereto as Exhibit A.  The '964 patent was duly and legally issued on February 29, 2000, to Eric C. Anderson.

9.      Apple is the owner by assignment of U.S. Patent No. RE38,911 ("the RE '911 patent"), entitled "Modular Digital Image Processing via an Image Processing Chain with Modifiable Parameter Controls," a true and correct copy of which is attached hereto as Exhibit B. The RE '911 patent was duly and legally reissued on December 6, 2005, to Eric C. Anderson and Gary Chin.

## FIRST CLAIM FOR RELIEF
### (Infringement of the '964 Patent)

10.      Apple incorporates and realleges paragraphs 1 through 9 of this Complaint.

11.      Apple is informed and believes, and on that basis alleges, that Kodak has infringed and continues to infringe the '964 patent by using, selling, and/or offering to sell, within the United States, and/or by importing into the United States, products, including, but not limited to, the Kodak Z Series of Cameras, including but not limited to the Z915, Z950, Z1085 IS, and Z1485 IS; the Kodak M Series of Cameras, including but not limited to the M340, M341, M380, M381, M530, M550, M1033, and M1093 IS; the Kodak C Series of cameras, including but not limited to the C142, C180, C182, C190, and C913; the Kodak SLICE camera; and the Kodak

1  video cameras, including but not limited to the Zi6, Zi8, Zx1, and the PlaySport;[1] which embody

2  and/or practice at least claims 1-3 and 5-9 of the '964 patent in violation of 35 U.S.C. § 271.

3      12.   Apple is informed and believes, and on that basis alleges, that Kodak has induced,

4  and continues to induce, others to infringe the '964 patent in violation of 35 U.S.C. § 271 by

5  taking active steps to encourage and facilitate direct infringement by others of at least claims 1-3

6  and 5-9 of the '964 patent with knowledge of that infringement, such as, upon information and

7  belief, by contracting for the distribution of the infringing digital imaging devices for infringing

8  sale such as by retail sales outlets, by marketing the infringing digital imaging devices, by

9  creating and/or distributing user manuals for the infringing digital imaging devices, and by

10 supplying warranty coverage for the infringing digital imaging devices sold in this State and in

11 this District.

12     13.   Apple is informed and believes, and on that basis alleges, that Kodak has

13 contributorily infringed the '964 patent in violation of 35 U.S.C. § 271, by selling within the

14 United States, offering for sale within the United States, and/or importing components that

15 embody a material part of the inventions described in at least claims 1-3 and 5-9 of the '964

16 patent, are known by Kodak to be specially made or specially adapted for use in infringement of

17 at least claims 1-3 and 5-9 of the '964 patent, and are not staple articles or commodities suitable

18 for substantial, non-infringing use, including certain mobile devices and non-staple constituent

19 parts of those mobile devices.

20     14.   Apple will have put Kodak on notice of the '964 patent and Kodak's infringement

21 thereof by no later than upon service of this Complaint.

---

[1]   This section contains merely a shorthand summary of products currently accused of infringement by Apple. These descriptions, and the examples given therein, are not intended to exclusively define or otherwise limit the categories of Accused Products. Apple expects that Kodak will introduce additional products in the future that will infringe the Asserted Patents. Apple may, if necessary, amend or modify the above descriptions as discovery progresses.

15.    Apple has been irreparably harmed by Kodak's acts of infringement, and will

continue to be harmed unless and until Kodak's acts of infringement are enjoined and restrained

by order of this Court.

16.    As a result of Kodak's acts of infringement, Apple has suffered and will continue

to suffer substantial damages in an amount to be proven at trial.

17.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and Apple is

entitled to an award of attorneys' fees.

## SECOND CLAIM FOR RELIEF
### (Infringement of the RE '911 Patent)

18.    Apple incorporates and realleges paragraphs 1 through 9 of this Complaint.

19.    Apple is informed and believes, and on that basis alleges, that Kodak has infringed

and continues to infringe the RE '911 patent by using, selling, and/or offering to sell, within the

United States, and/or by importing into the United States, products, including, but not limited to,

the Kodak Z Series of Cameras, including but not limited to the Z915, Z950, Z1085 IS, and

Z1485 IS; the Kodak M Series of Cameras, including but not limited to the M340, M341, M380,

M381, M530, M550, M1033, and M1093 IS; the Kodak C Series of cameras, including but not

limited to the C142, C180, C182, C190, and C913; and the Kodak SLICE camera;[2] which

embody and/or practice at least claims 15-22, 27, 30-32, and 38-39 of the RE '911 patent in

violation of 35 U.S.C. § 271.

20.    Apple is informed and believes, and on that basis alleges, that Kodak has induced,

and continues to induce, others to infringe the RE '911 patent in violation of 35 U.S.C. § 271 by

---

[2]    This section contains merely a shorthand summary of products currently accused of infringement by Apple. These descriptions, and the examples given therein, are not intended to exclusively define or otherwise limit the categories of Accused Products. Apple expects that Kodak will introduce additional products in the future that will infringe the Asserted Patents. Apple may, if necessary, amend or modify the above descriptions as discovery progresses.

taking active steps to encourage and facilitate direct infringement by others of at least claims 15-22, 27, 30-32, and 38-39 of the RE '911 patent with knowledge of that infringement, such as, upon information and belief, by contracting for the distribution of the infringing digital imaging devices for infringing sale such as by retail sales outlets, by marketing the infringing digital imaging devices, by creating and/or distributing user manuals for the infringing digital imaging devices, and by supplying warranty coverage for the infringing digital imaging devices sold in this State and in this District.

21.     Apple is informed and believes, and on that basis alleges, that Kodak has contributorily infringed the RE '911 patent in violation of 35 U.S.C. § 271, by selling within the United States, offering for sale within the United States, and/or importing components that embody a material part of the inventions described in at least claims 15-22, 27, 30-32, and 38-39 of the RE '911 patent, are known by Kodak to be specially made or specially adapted for use in infringement of at least claims 15-22, 27, 30-32, and 38-39 of the RE '911 patent, and are not staple articles or commodities suitable for substantial, non-infringing use, including certain mobile devices and non-staple constituent parts of those mobile devices.

22.     Apple will have put Kodak on notice of the RE '911 patent and Kodak's infringement thereof by no later than upon service of this Complaint.

23.     Apple has been irreparably harmed by Kodak's acts of infringement, and will continue to be harmed unless and until Kodak's acts of infringement are enjoined and restrained by order of this Court.

24.     As a result of Kodak's acts of infringement, Apple has suffered and will continue to suffer substantial damages in an amount to be proven at trial.

25.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and Apple is entitled to an award of attorneys' fees.

1

**PRAYER**

2

WHEREFORE, Apple requests that the Court:

3

     1.     Adjudge that Kodak has infringed, induced others to infringe, and/or committed

4

acts of contributory infringement with respect to the asserted claims of the '964 and RE '911

5

patents;

6

7

     2.     Permanently enjoin Kodak from further infringement of the '964 and RE '911

8

patents;

9

     3.     Award Apple compensatory damages;

10

     4.     Award Apple its costs and reasonable experts' fees and attorneys' fees; and

11

     5.     Award Apple such other relief as the Court deems just and proper.

12

**DEMAND FOR JURY TRIAL**

13

14

     Apple demands trial by jury for all issues so triable under Federal Rule of Civil Procedure

15

38(b) and Civil Local Rule 3-6(a).

16

17

Dated: April 15, 2010               WEIL, GOTSHAL & MANGES LLP

18

By:  *Steven S. Cherensky*

19

               Steven S. Cherensky

20

               Attorneys for Plaintiff
               APPLE INC.

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL
US_ACTIVE:\43348200\04\15096.0024           7               Case No.

1

2

## CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

3          As required by Civil Local Rule 3-16, the undersigned certifies that as of this date, other

4   than the named parties, there is no such interest to report.

5

6   Dated: April 15, 2010                        WEIL, GOTSHAL & MANGES LLP

7

8                                        By:   Steven S. Cherensky
                                               Steven S. Cherensky
9                                              Attorneys for Plaintiff
                                               APPLE INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL                                  8
US_ACTIVE:\43348200\04\15096.0024                                                    Case No.

Exhibit A

US006031964A

# United States Patent [19]

## Anderson

[11] Patent Number: 6,031,964

[45] Date of Patent: *Feb. 29, 2000

[54] SYSTEM AND METHOD FOR USING A UNIFIED MEMORY ARCHITECTURE TO IMPLEMENT A DIGITAL CAMERA DEVICE

[75] Inventor: **Eric C. Anderson**, San Jose, Calif.

[73] Assignee: **Apple Computer, Inc.**, Cupertino, Calif.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/666,241**

[22] Filed: **Jun. 20, 1996**

[51] Int. Cl.[7] .................................. **H04N 5/225**

[52] U.S. Cl. ....................... **386/117**; 348/231; 348/552; 348/372

[58] Field of Search .................... 358/909.1, 906; 386/38, 117; 348/207, 231–233, 552, 372; 395/750.08, 750.01, 677; 711/147, 148; H04N 5/225, 5/76, 5/92

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,736,224 | 4/1988 | Watanabe et al. | 355/41 |
| 4,739,409 | 4/1988 | Baumeister | 348/244 |
| 5,027,150 | 6/1991 | Inoue et al. | 354/484 |
| 5,057,924 | 10/1991 | Yamada et al. | 358/906 |
| 5,077,582 | 12/1991 | Kravette et al. | 355/206 |
| 5,164,831 | 11/1992 | Kuchta et al. | 358/909.1 |
| 5,231,511 | 7/1993 | Kodama et al. | 358/906 |
| 5,247,321 | 9/1993 | Kazami | 354/106 |
| 5,262,868 | 11/1993 | Kaneko et al. | 358/909.1 |
| 5,359,427 | 10/1994 | Sato | 358/909.1 |
| 5,475,428 | 12/1995 | Hintz et al. | 348/263 |
| 5,475,441 | 12/1995 | Parulski et al. | 348/552 |
| 5,477,264 | 12/1995 | Sarbadhikari et al. | 348/231 |
| 5,486,853 | 1/1996 | Baxter et al. | 358/909.1 |
| 5,493,335 | 2/1996 | Parulski et al. | 348/233 |
| 5,539,535 | 7/1996 | Aizawa et al. | 358/909.1 |
| 5,576,757 | 11/1996 | Roberts et al. | 358/906 |
| 5,631,701 | 5/1997 | Miyake | 358/909.1 |
| 5,640,202 | 6/1997 | Kondo et al. | 358/909.1 |
| 5,867,214 | 2/1999 | Anderson et al. | 348/231 |

### OTHER PUBLICATIONS

Martyn Williams, Review–NEC PC-DC401 Digital Still Camera, AppleLink Newbytes, Mar. 15, 1996, pp. 1–3.

*Primary Examiner*—Thai Tran
*Attorney, Agent, or Firm*—Carr & Ferrell LLP; Gregory J. Koerner

[57] **ABSTRACT**

A system and method for using a unified memory architecture to implement a digital camera device comprises a dynamic random-access memory for storing captured image data during processing and compression, a memory manager routine for allocating storage space within the dynamic random-access memory, a power management system for protecting the stored image data in case of a power failure, and an input/output interface for allowing an external host computer system to access the dynamic random-access memory.

**16 Claims, 11 Drawing Sheets**





Fig. 1

**U.S. Patent** Feb. 29, 2000 Sheet 2 of 11 6,031,964



Fig. 2



FIG. 3

Case3:10-cv-01609-JCS   Document1   Filed04/15/10   Page14 of 43



**FIG. 4**



CONTROL APPLICATION ~ 400

TOOLBOX ~ 402

410 ~

Memory Manager

DRIVERS ~ 404

KERNEL ~ 406

SYSTEM CONFIGURATION ~ 408

350

FIG. 5



FIG. 6

U.S. Patent          Feb. 29, 2000          Sheet 7 of 11          6,031,964



FIG. 7



FIG. 8



FIG. 9



Start

Set PFAIL Bit In Power Manager — 1028

Remove Power From Main Power Bus — 1030

Signal CPU With An Interrupt — 1032

Stop Current Process — 1034

Set RESUME Bit In Power Manager — 1036

Force Full DRAM Refresh — 1038

Force DRAM Into Self-Refresh Mode — 1040

Signal Power Manager To Shut Down — 1042

Halt CPU — 1044

User Replaces Main Batteries — 1046

Go To FIG. 6
Power-Up Sequence — 1048

FIG. 10



FIG. 11

6,031,964

**1**

SYSTEM AND METHOD FOR USING A
UNIFIED MEMORY ARCHITECTURE TO
IMPLEMENT A DIGITAL CAMERA DEVICE

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application relates to co-pending U.S. patent application Ser. No. 08/631,173, entitled "Apparatus And Method For Increasing A Digital Camera Image Capture Rate By Delaying Image Processing," filed on Apr. 11, 1996, and to co-pending U.S. patent application Ser. No. 08/633,105, entitled "A System And Method For Managing Utilization Of A Battery," filed on Apr. 16, 1996, which are hereby incorporated by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to digital cameras and more particularly to a system and method for using a unified memory architecture to implement a digital camera device.

2. Description of the Background Art

Modern digital cameras typically include an imaging device which is controlled by a built-in computer system. The built-in computer system accesses raw image data captured by the imaging device and then processes and compresses the data before storing the compressed data into an internal memory. Efficient operation of the built-in computer is therefore an important consideration for camera designers and manufacturers. The memory architecture of a particular computer system determines data storage techniques and can thus significantly effect the operational efficiency of the entire digital camera system.

In conventional hardware-based digital cameras, the system memory architecture is typically implemented using multiple discrete blocks of memory. The conventional digital camera captures raw image data and then remains unusable until the data is completely processed and stored into internal flash memory. This conventional memory architecture does not readily support the rapid capture of a series of image data sets and is therefore somewhat inconvenient in certain photographic applications.

Furthermore, in modern computer systems, a multithreading environment effectively allows multiple system processes to run concurrently. The multi-threading environment may thus permit a digital camera to more efficiently process, compress and store image data by performing these functions in the background, when the built-in computer is not busy with more important tasks such as capturing additional sets of image data. A memory architecture which supports the background spooling functions can therefore significantly increase the computer system efficiency. Therefore, an improved system and method is needed for using a unified memory architecture to implement a digital camera device.

SUMMARY OF THE INVENTION

In accordance with the present invention, a system and method are disclosed for using a unified memory architecture to implement a digital camera device. In the preferred embodiment of the present invention, the digital camera includes an imaging device for capturing raw image data and a computer for processing, compressing and storing the image data. The computer includes a dynamic random-access memory (DRAM), a central processing unit (CPU), a memory manager routine stored in read-only memory

**2**

(ROM), a power management system, an input/output interface (I/O), and an optional removable memory.

The DRAM includes frame buffers for storing raw image data received from the imaging device, a working memory area, and a RAM disk with a standardized file system. In the preferred embodiment, the CPU executes a memory manager routine which selectively allocates storage locations within the DRAM, depending on the requirements of the system and the current image data. The power management system includes a power manager which controls a power supply that is powered by main batteries and which is also connected to backup batteries, in case of a power failure in the main batteries. If the main batteries fail to provide sufficient power for operating the entire digital camera, the power manager maintains operating power to itself, the CPU and the DRAM using the backup batteries.

The DRAM uses a standardized file system which enables an external host computer system to readily access image data stored in the DRAM via the digital camera's I/O interface. The nonvolatile removable memory serves as a storage area for additional image data. A camera user who possesses several removable memories may thus replace a full removable memory with an empty removable memory to effectively expand the picture-taking capacity of the digital camera. The present invention therefore improves the performance and efficiency of a digital camera device through the use of an improved unified memory architecture.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a digital camera according to the present invention;

FIG. 2 is a block diagram of the preferred embodiment for the imaging device of FIG. 1;

FIG. 3 is a block diagram of the preferred embodiment for the computer of FIG. 1;

FIG. 4 is a memory map showing the preferred embodiment of the Read-Only-Memory (ROM) of FIG. 3;

FIG. 5 is a memory map showing the preferred embodiment of the Dynamic Random-Access-Memory (DRAM) of FIG. 3;

FIG. 6 is a block diagram showing preferred data paths for transmitting image data between components of the FIG. 3 computer;

FIG. 7 is a flowchart of preferred method steps for performing a power-up sequence according to the present invention;

FIG. 8 is a flowchart of preferred method steps for performing a power status sequence according to the present invention;

FIG. 9 is a flowchart of preferred method steps for performing a normal power-down sequence according to the present invention;

FIG. 10 is a flowchart of preferred method steps for performing a power failure sequence according to the present invention; and

FIG. 11 is a flowchart of preferred method steps for a host computer system to access the camera memory of FIG. 3.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The present invention discloses a system and method for using a unified memory architecture to implement a digital camera device and comprises a unified memory device for storing sets of image data and a central processing unit for

6,031,964

| 3 | 4 |
|---|---|

executing a memory manager routine which allocates storage locations within the memory device to store the sets of image data. The present invention also includes a power management system for protecting the sets of image data in the event of a power failure to the digital camera device and an input/output interface whereby an external host computer can access the sets of image data stored in the memory device.

Referring now to FIG. 1, a block diagram of a camera 110 is shown according to the present invention. Camera 110 preferably comprises an imaging device 114, a system bus 116 and a computer 118. Imaging device 114 is optically coupled to an object 112 and electrically coupled via a system bus 116 to computer 118. Once a photographer has focused imaging device 114 on object 112 and, using a capture button or some other means, instructed camera 110 to capture an image of object 112, computer 118 commands imaging device 114 via system bus 116 to capture raw image data representing object 112. The captured raw image data is transferred over system bus 116 to computer 118 which performs various image processing functions on the image data before storing it in its internal memory. System bus 116 also passes various status and control signals between imaging device 114 and computer 118.

Referring now to FIG. 2, a block diagram of the preferred embodiment of imaging device 114 is shown. Imaging device 114 preferably comprises a lens 220 having an iris, a filter 222, an image sensor 224, a timing generator 226, an analog signal processor (ASP) 228, an analog-to-digital (A/D) converter 230, an interface 232, and one or more motors 234.

U.S. patent application Ser. No. 08/355,031, entitled "A System and Method For Generating a Contrast Overlay as a Focus Assist for an Imaging Device," filed on Dec. 13, 1994 is incorporated herein by reference and provides a detailed discussion of the preferred elements of imaging device 114. Briefly, imaging device 114 captures an image of object 112 via reflected light impacting image sensor 224 along optical path 236. Image sensor 224 responsively generates a set of raw image data representing the captured image 112. The raw image data is then routed through ASP 228, A/D converter 230 and interface 232. Interface 232 has outputs for controlling ASP 228, motors 234 and timing generator 226. From interface 232, the raw image data passes over system bus 116 to computer 118.

Referring now to FIG. 3, a block diagram of the preferred embodiment for computer 118 is shown. System bus 116 provides connection paths between imaging device 114, power manager 342, central processing unit (CPU) 344, dynamic random-access memory (DRAM) 346, input/output interface (I/O) 348, read-only memory (ROM) 350, and buffers/connector 352. Removable memory 354 connects to system bus 116 via buffers/connector 352. Alternately, camera 110 may be implemented without removable memory 354 or buffers/connector 352.

Power manager 342 communicates via line 366 with power supply 356 and coordinates power management operations for camera 110 as discussed below in conjunction with FIGS. 7–10. CPU 344 typically includes a conventional processor device for controlling the operation of camera 110. In the preferred embodiment, CPU 344 is capable of concurrently running multiple software routines to control the various processes of camera 110 within a multi-threading environment. DRAM 346 is a contiguous block of dynamic memory which may be selectively allocated to various storage functions and is further discussed below in conjunction with FIGS. 4–11.

I/O 348 is an interface device allowing communications to and from computer 118. For example, I/O 348 permits an external host computer (not shown) to connect to and communicate with computer 118. I/O 348 also permits a camera 110 user to communicate with camera 110 via a set of externally-mounted user controls and via an external LCD display panel. ROM 350 typically comprises a conventional nonvolatile read-only memory which stores a set of computer-readable program instructions to control the operation of camera 110. ROM 350 is further discussed below in conjunction with FIG. 4. Removable memory 354 serves as an additional image data storage area and is preferably a non-volatile device, readily removable and replaceable by a camera 110 user via buffers/connector 352. Thus, a user who possesses several removable memories 354 may replace a full removable memory 354 with an empty removable memory 354 to effectively expand the picture-taking capacity of camera 110. In the preferred embodiment of the present invention, removable memory 354 is typically implemented using a flash disk.

Power supply 356 supplies operating power to the various components of camera 110. In the preferred embodiment, power supply 356 provides operating power to a main power bus 362 and also to a secondary power bus 364. The main power bus 362 provides power to imaging device 114, I/O 348, ROM 350 and removable memory 354. The secondary power bus 364 provides power to power manager 342, CPU 344 and DRAM 346.

Power supply 356 is connected to main batteries 358 and also to backup batteries 360. In the preferred embodiment, a camera 110 user may also connect power supply 356 to an external power source. During normal operation of power supply 356, the main batteries 358 provide operating power to power supply 356 which then provides the operating power to camera 110 via both main power bus 362 and secondary power bus 364.

During a power failure mode in which the main batteries 358 have failed (when their output voltage has fallen below a minimum operational voltage level) the backup batteries 360 provide operating power to power supply 356 which then provides the operating power only to the secondary power bus 364 of camera 110. Selected components of camera 110 (including DRAM 346) are thus protected against a power failure in main batteries 358.

Power supply 356 preferably also includes a flywheel capacitor connected to the power line coming from the main batteries 358. If the main batteries 358 suddenly fail, the flywheel capacitor temporarily maintains the voltage from the main batteries 358 at a sufficient level, so that computer 118 can protect any image data currently being processed by camera 110 before shutdown occurs. The operation of power manager 342 and power supply 356 are further discussed below in conjunction with FIGS. 7–10.

Referring now to FIG. 4, a memory map showing the preferred embodiment of Read-Only-Memory (ROM) 350 is shown. In the preferred embodiment, ROM 350 includes control application 400, toolbox 402, drivers 404, kernel 406 and system configuration 408. Control application 400 comprises program instructions for controlling and coordinating the various functions of camera 110. Toolbox 402 contains selected function modules including memory manager 410, RAM spooler 1 (412), RAM spooler 2 (414), removable memory spooler 1 (416), removable memory spooler 2 (418), image processing and compression (IPC) 420 and file system 422.

Memory manager 410 is controlled by control application 400 and responsively allocates DRAM 346 storage locations

6,031,964

5

depending upon the needs of computer 118 and the sets of received image data. File system 422 controls the file structure used in storing data onto DRAM 346. In the preferred embodiment, DRAM 346 uses a standardized file system 422 which permits an external host computer system to readily recognize and directly access DRAM 346 via I/O 348.

RAM spooler 1 (412), RAM spooler 2 (414), removable memory spooler 1 (416), removable memory spooler 2 (418), and image processing/compression (IPC) 420 are software routines used to spool, process, compress and store captured image data according to the present invention. These aforementioned software routines 412 through 420 are further discussed below in conjunction with FIG. 6.

Drivers 404 control various hardware devices within camera 110 (for example, motors 234). Kernel 406 provides basic underlying services for the camera 110 operating system. System configuration 408 performs initial start-up routines for camera 110, including the boot routine and initial system diagnostics.

Referring now to FIG. 5, a memory map showing the preferred embodiment of dynamic random-access-memory (DRAM) 346 is shown. In the preferred embodiment, DRAM 346 includes working memory 530, RAM disk 532 and system area 534. Working memory 530 includes frame buffers 536 (for initially storing sets of raw image data received from imaging device 114) and image processing (IP) buffers 538 (for temporarily storing image data during the image processing and compression 420 process). Working memory 530 may also contain various stacks, data structures and variables used by CPU 344 while executing the software routines used within computer 118.

RAM disk 532 is a memory area used for storing raw and compressed image data and typically is organized in a "sectored" format similar to that of conventional hard disk drives. In the preferred embodiment, RAM disk 532 uses a well-known and standardized file system to permit external host computer systems, via I/O 348, to readily recognize and access the data stored on RAM disk 532. System area 534 typically stores data regarding system errors (for example, why a system shutdown occurred) for use by CPU 344 upon a restart of computer 118.

Referring now to FIG. 6, a block diagram showing preferred data paths for transmitting image data between selected computer 118 components is shown. In FIG. 6, frame buffer 536 receives and stores raw image data previously captured by imaging device 114. Frame buffer 536 then transfers control of the raw image data to RAM spooler 1 (412) via line 610. Alternately, if RAM disk 532 is full, frame buffer 536 may transfer control of the raw image data directly to image processing/compression (IPC) 420 using line 612. If RAM spooler 1 (412) receives control of the raw image data, it then stores the raw image data into RAM disk 532 using line 614.

Removable memory spooler 1 (416) may then access the raw image data from RAM disk 532 via line 616 and store it into removable memory 354 using line 618. Alternately, if removable memory 354 is full or is not inserted, RAM disk 532 may provide the raw image data directly to IPC 420 using line 620. If removable memory spooler 1 (416) stores the raw image data into removable memory 354, then IPC 420 typically accesses the stored raw image data using line 622 and processes the raw data to obtain compressed image data.

IPC 420 may provide the compressed image data to RAM spooler 2 (414) using line 624. If RAM disk 532 is tempo-

6

rarily full, IPC 420 may write the compressed data to temporary IP buffers 538 via line 628. RAM spooler 2 (414) may then access the compressed image data via line 630 and write the accessed data into RAM disk 532 via line 614. RAM spooler 2 (414) may also download the compressed image data to I/O interface 348 using line 632. Once the compressed data is in RAM disk 532, removable memory spooler 2 (418) then accesses the data via line 616 and writes the compressed data into removable memory 354 using line 618. If removable memory 354 is not inserted, the compressed data remains on RAM disk 532.

The present invention may thus process and store a sequence of captured images received from imaging device 114. Although the above example traces the typical data path for a single captured image, the present invention may readily operate on a plurality of captured images progressing through various parts of computer 118 and therefore, multiple sets of image data may exist simultaneously within computer 118.

Referring now to FIG. 7, a flowchart of preferred method steps for performing a power-up sequence according to the present invention is shown. Initially, computer 118 waits 742 for a "wake up" signal which is typically generated in response to the activation of a camera 110 power on-off switch. After the "wake up" signal is generated, power manager 342 starts 744 power supply 356 in normal mode with the main batteries 358 providing operating power to power supply 356 which then responsively provides the operating power to main power bus 362 and also to secondary power bus 364. If available operating power is insufficient, the startup process aborts.

CPU 344 then starts 746 normal DRAM 346 operation and determines 748 whether a RESUME bit has been set in power manager 342. In the preferred embodiment, CPU 344 sets the RESUME bit in response to a power failure in order to indicate that CPU 344 should not be reset in a subsequent powerup of camera 110. If the RESUME bit has been set, CPU 344 resumes 750 the current process which was interrupted by the intervening power failure.

If the RESUME bit has not been set, CPU 344 then determines 752 whether a MSAVE bit has been set in power manager 342. In the preferred embodiment, CPU 344 sets the MSAVE bit to specify that RAM disk 532 contains image data that should be saved upon restart of computer 118. If the MSAVE bit has not been set, computer 118 boots up 754 using the system configuration 408 routine and formats 756 a new RAM disk 532. CPU 344 then runs 760 control application 400 for normal operation of camera 110.

In step 752, if the MSAVE bit has been set, then CPU 344 determines 764 whether the "instant on" feature is selected. The "instant on" feature provides a more rapid restart procedure, however, since the system is not initialized by a new bootup procedure, new system configuration files will not be accessed. If "instant on" is selected, CPU 344 restores 770 the externally-mounted LCD status display and runs 760 control application 400. If "instant on" is not selected, computer 118 boots up 766 using the system configuration 408 routine and then recovers and mounts 768 RAM disk 532. CPU 344 then runs 760 control application 400 for normal operation of camera 110. The FIG. 7 process then goes 762 to the power status sequence of FIG. 8.

Referring now to FIG. 8, a flowchart of preferred method steps for performing a power status sequence according to the present invention is shown. Initially, CPU 344 determines 874 whether a user shutdown or a time out event has occurred. A user shutdown results from the deactivation of

6,031,964

7                                                      8

the camera 110 power on-off switch by a user. A time out event powers down camera 110 in response to an extended period of non-use and is intended to prevent a user from accidentally leaving camera 110 powered up and thereby unnecessarily draining power from the main batteries 358.

If CPU 344 detects 874 a user shutdown or a time out event, then the FIG. 8 process goes 876 to the normal power down sequence of FIG. 9. If CPU 344 does not detect 874 a user shutdown or a time out event, then power manager 342 determines 878 whether the voltage of the main batteries 358 is greater than a selected threshold value. The threshold value may be selected as a minimum camera 110 operating voltage, or alternately may be incrementally higher that the minimum operating voltage. If the voltage of the main batteries 358 is not greater than the selected threshold value, then the FIG. 8 process goes 880 to the power failure sequence of FIG. 10. However, if the voltage of the main batteries 358 is greater than the selected threshold value, then the FIG. 8 process returns to step 874 and CPU 344 checks again for a user shutdown or a time out event.

Referring now to FIG. 9, a flowchart of preferred method steps for performing a normal power-down sequence according to the present invention is shown. Initially, CPU 344 waits 900 until processing of any image data is completed and then determines 902 whether any images are saved on RAM disk 532. If no images are saved on RAM disk 532, then CPU 344 clears 904 the MSAVE and RESUME bits in power manager 342. CPU 344 then signals 906 power manager 342 to shut down and power manager 342 responsively directs power supply 356 to remove 908 power from the main power bus 362. Next, CPU 344 halts 910 its operation and power manager 342 removes 912 power from CPU 344 and DRAM 346. The FIG. 9 process then goes 914 to the power up sequence of FIG. 6.

If CPU 344 determines, in step 902, that images are saved on RAM disk 532, then CPU 344 sets the MSAVE bit and clears 916 the RESUME bit in power manager 342. Next, CPU 344 forces 918 a full refresh of DRAM 346 and then forces 920 DRAM 346 into a self-refresh mode. CPU 344 then signals 922 power manager 342 to shut down and power manager 342 responsively directs power supply 356 to remove 924 power from the main power bus 362. Next, CPU 344 halts 926 its operation. The FIG. 9 process then goes 914 to the power up sequence of FIG. 6.

Referring now to FIG. 10, a flowchart of preferred method steps for performing a power failure sequence according to the present invention is shown. Initially, power manager 342 sets 1028 its PFAIL bit. The PFAIL bit records the occurrence of a power failure so that computer 118 software routines may subsequently access this information when needed. Next, power manager 342 responsively directs power supply 356 to remove 1030 power from the main power bus 362. Power manager 342 then signals 1032 CPU 344 with an interrupt and CPU 344 responsively stops 1034 the current process.

Next, CPU 344 sets 1036 the RESUME bit in power manager 342. CPU 344 then forces 1038 a full refresh of DRAM 346 and then forces 1040 DRAM 346 into a self-refresh mode. Next, CPU 344 signals 1042 power manager 342 to shut down and halts 1044 its operation. The camera 110 user may then replace 1046 the main batteries 358 and the FIG. 10 process goes 1048 to the power up sequence of FIG. 6.

Referring now to FIG. 11, a flowchart of preferred method steps for accessing DRAM 346 and/or removable disk 354

with an external host computer is shown. Initially, the external host computer requests 1150 access/ownership of one or more volumes stored on DRAM 346 and/or removable disk 354. CPU 344 then determines 1152 whether DRAM 346 and/or removable disk 354 are currently being accessed. If DRAM 346 and/or removable disk 354 are currently being accessed, then CPU 344 refuses 1154 access/ownership of DRAM 346 and/or removable disk 354 to the external host computer.

However, if DRAM 346 and/or removable disk 354 are not currently being accessed, then CPU 344 grants 1156 access/ownership of DRAM 346 and/or removable disk 354 to the external host computer. The host computer then accesses 1158 DRAM 346 and/or removable disk 354. Next, CPU 344 determines 1160 whether the host computer is still connected to DRAM 346 and/or removable disk 354. If the host computer is still connected to DRAM 346 and/or removable disk 354, then CPU 344 waits until the host computer is no longer connected to DRAM 346 and/or removable disk 354 and then reacquires 1162 access/ownership of DRAM 346 and/or removable disk 354 for camera 110.

The invention has been explained above with reference to a preferred embodiment. Other embodiments will be apparent to those skilled in the art in light of this disclosure. For example, DRAM 346 may alternately store various types of information other than those described above in conjunction with the preferred embodiment. Further, the present invention may alternately provide backup power protection to various computer 118 components other than those described in the prior discussion of the preferred embodiment. Therefore, these and other variations upon the preferred embodiment are intended to be covered by the present invention, which is limited only by the appended claims.

What is claimed is:

1. A digital camera device comprising:

a CPU capable of concurrently processing multiple unprocessed images into processed images;

a memory device, coupled to said CPU, for storing sets of image data, comprising frame buffers for storing unprocessed image data and a random-access memory disk for storing unprocessed image data and processed image data;

a memory manager for allocating storage locations to store said sets of image data within said memory device;

a power management system, for monitoring a power supply to detect a power failure, configured to protect said sets of image data if said power failure is detected; and

an interface coupled to said memory device whereby an external host computer can access said sets of image data stored in said memory device.

2. The digital camera device of claim 1 further comprising a removable non-volatile memory coupled to said memory device for storing unprocessed image data and processed image data.

3. The digital camera device of claim 1 wherein said memory device uses a standardized file system for storing said sets of image data.

4. The digital camera device of claim 1 wherein said power management system comprises:

main batteries for providing operating power to said digital camera during normal operation;

backup batteries for providing operating power to said memory device during a power failure in said main batteries; and

6,031,964

9

a power manager device for sensing said power failure and responsively connecting said memory device to said backup batteries.

5. A method of implementing a digital camera device, comprising the steps of:

using a CPU to concurrently process multiple unprocessed images into processed images;

using a memory manager to allocate storage locations within a memory device comprising frame buffers for storing unprocessed image data and a random-access memory disk for storing unprocessed image data and processed image data;

storing sets of image data into said allocated storage locations;

using a power manager system to monitor a power supply and detect a power failure;

using said power management system to protect said sets of image data from said power failure; and

communicating with said memory device via an interface whereby an external host computer can access said sets of image data.

6. The method of claim 5 further comprising a removable non-volatile memory coupled to said memory device for storing unprocessed image data and processed image data.

7. The method of claim 5 wherein said memory device uses a standardized file system for storing said sets of image data.

8. The method of claim 5 wherein said CPU can instruct said memory manager to allocate said storage locations.

9. A computer-readable medium comprising program instructions for causing a computer system to perform the steps of:

using a CPU to concurrently process multiple unprocessed images into processed images;

using a memory manager to allocate storage locations within a memory device comprising frame buffers for storing unprocessed image data and a random-access memory disk for storing unprocessed image data and processed image data;

storing sets of image data into said allocated storage locations;

10

using a power management system to monitor a power supply and detect a power failure;

using said power management system to protect said sets of image data from said power failure; and

communicating with said memory device via an interface whereby an external host computer can access said sets of image data.

10. The medium of claim 9 further comprising a removable non-volatile memory coupled to said memory device for storing unprocessed image data and processed image data.

11. The medium of claim 9 wherein said memory device uses a standardized file system for storing said sets of image data.

12. The medium of claim 9 wherein said CPU can instruct said memory manager to allocate said storage locations.

13. A digital camera device comprising:

CPU means for concurrently processing multiple unprocessed images into processed images;

memory manager means for allocating storage locations within a memory device comprising frame buffers for storing unprocessed image data and a random-access memory disk for storing unprocessed image data and processed image data;

means for storing sets of image data into said allocated storage locations; and

means for communicating with said memory device via an interface whereby an external host computer can access said sets of image data.

14. The digital camera device of claim 13 further comprising a removable non-volatile memory coupled to said memory device to store unprocessed image data and processed image data.

15. The digital camera device of claim 13 wherein said memory device uses a standardized file system for storing said sets of image data.

16. The digital camera device of claim 13 wherein said CPU can instruct said memory manager to allocate said storage locations.

* * * * *

Exhibit B

US00RE38911E

(19) **United States**

(12) **Reissued Patent**
Anderson et al.

(10) Patent Number: **US RE38,911 E**
(45) Date of Reissued Patent: **Dec. 6, 2005**

(54) **MODULAR DIGITAL IMAGE PROCESSING VIA AN IMAGE PROCESSING CHAIN WITH MODIFIABLE PARAMETER CONTROLS**

(75) Inventors: **Eric C. Anderson**, Gardnerville, NV (US); **Gary Chin**, Milpitas, CA (US)

(73) Assignee: **Apple Computer, Inc.**, Cupertino, CA (US)

(21) Appl. No.: **09/990,869**

(22) Filed: **Nov. 21, 2001**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **5,991,465**
    Issued: **Nov. 23, 1999**
    Appl. No.: **08/705,325**
    Filed: **Aug. 29, 1996**

(51) Int. Cl.[7] .......................... G06K 9/54; G05B 19/18; G06F 15/00

(52) U.S. Cl. ...................... 382/302; 382/104; 382/303; 700/2; 700/4; 712/1; 712/32

(58) Field of Search ............................... 382/104, 167, 382/226, 227, 232, 234, 240, 248, 254, 256, 276, 302, 303, 304, 309, 310; 345/501–506, 645; 348/207.99, 207.1, 231.6, 251; 358/532; 700/2, 4; 712/1, 10, 11, 15–17, 32, 34, 35

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,442,543 A | * | 4/1984 | Sternberg et al. ........... 382/303 |
| 4,794,524 A | | 12/1988 | Carberry et al. .............. 712/32 |
| 4,850,027 A | | 7/1989 | Kimmel ...................... 382/303 |
| 4,860,375 A | * | 8/1989 | McCubbrey et al. ........ 382/303 |
| 4,949,390 A | * | 8/1990 | Iverson et al. .............. 382/303 |
| 5,237,626 A | * | 8/1993 | Forslund et al. ............ 382/256 |
| 5,283,671 A | * | 2/1994 | Stewart et al. .............. 358/532 |
| 5,315,700 A | * | 5/1994 | Johnston et al. ............ 345/502 |
| 5,365,596 A | * | 11/1994 | Dante et al. ................ 382/141 |
| 5,402,170 A | | 3/1995 | Parulski et al. ............. 348/211 |
| 5,452,375 A | * | 9/1995 | Rousseau et al. ............ 382/302 |
| 5,477,264 A | | 12/1995 | Sarbadhikari et al. ..... 348/231 |
| 5,513,382 A | | 4/1996 | Williams .................... 382/303 |
| 5,563,655 A | | 10/1996 | Lathrop ...................... 348/231 |
| 5,568,192 A | * | 10/1996 | Hannah ...................... 348/222 |
| 5,606,365 A | | 2/1997 | Maurinus et al. .......... 348/222 |
| 5,623,604 A | * | 4/1997 | Russell et al. .............. 395/712 |
| 5,631,974 A | * | 5/1997 | Lau-Kee et al. ............ 382/302 |
| 5,642,444 A | * | 6/1997 | Mostafavi ................... 382/303 |
| 5,661,823 A | | 8/1997 | Yamauchi et al. ........... 382/239 |
| 5,734,425 A | | 3/1998 | Takizawa et al. ........... 348/231 |
| 5,739,850 A | | 4/1998 | Hori ........................... 348/231 |
| 5,764,817 A | | 6/1998 | Suzuki et al. .............. 382/302 |

* cited by examiner

*Primary Examiner*—Daniel G. Mariam
(74) *Attorney, Agent, or Firm*—Fenwick & West LLP

(57) **ABSTRACT**

Aspects for allowing variably controlled alteration of image processing of digital image data in a digital image capture device include forming an image processing chain with two or more image processors to process digital image data, and providing one or more parametric controls within each of the two or more image processors. The aspects further include accessing chosen controls of the one or more parametric controls to modify the two or more image processors for alteration of the image processing.

**41 Claims, 8 Drawing Sheets**



500



# FIG. 1



FIG. 2



FIG. 3

| | |
|---|---|
| 400 ~ | CONTROL APPLICATION |
| 402 ~ | TOOLBOX |
| 410 ~ | Memory Manager |
| 412 ~ | RAM Spooler 1 |
| 414 ~ | RAM Spooler 2 |
| 416 ~ | Removable Memory Spooler 1 |
| 418 ~ | Removable Memory Spooler 2 |
| 420 ~ | Image Processing and Compression |
| 422 ~ | File System |
| | |
| 404 ~ | DRIVERS |
| 406 ~ | KERNEL |
| 408 ~ | SYSTEM CONFIGURATION |

350 ↗

# FIG. 4



FIG. 5





FIG. 6



FIG. 7



FIG. 8

US RE38,911 E

MODULAR DIGITAL IMAGE PROCESSING
VIA AN IMAGE PROCESSING CHAIN WITH
MODIFIABLE PARAMETER CONTROLS

Matter enclosed in heavy brackets [ ] appears in the
original patent but forms no part of this reissue specifi-
cation; matter printed in italics indicates the additions
made by reissue.

RELATED APPLICATIONS

The present invention is related to co-pending U.S. patent
application, Ser. No. 08/705,619, filed on Aug. 29, 1996,
entitled MODULAR DIGITAL IMAGE PROCESSING
VIA AN IMAGE PROCESSING CHAIN, and assigned to
the assignee of the present invention.

The present invention is also related to co-pending U.S.
patent application, Ser. No. 08/705,588 filed on [Sep.] *Aug.
29, 1996 (which is now U.S. Pat. No. 6,157,394 issued on
Dec. 5, 2000)*, entitled FLEXIBLE DIGITAL IMAGE PRO-
CESSING VIA AN IMAGE PROCESSING CHAIN WITH
MODULAR IMAGE PROCESSORS, and assigned to the
assignee of the present invention.

FIELD OF THE INVENTION

The present invention relates to digital image data
processing, and more particularly to modular digital image
data processing with modifiable parameter control.

BACKGROUND OF THE INVENTION

Modern digital cameras typically include an imaging
device which is controlled by a computer system. The
computer system accesses raw image data captured by the
imaging device and then processes and compresses the data
before storing the compressed data into an internal memory.
The conventional digital camera captures image data and
then remains unusable until the data is completely processed
and stored into internal flash memory.

In processing image data, typical digital cameras operate
with exclusive and specific image processing. Thus, all the
potential manipulation on image data, such as linearization,
sharpening, and compression, occur as a result of isolated
preset programming and/or specifically designed hardware.

While some level of manipulation of image data is
achieved with the programming or hardware, attempts to
alter and improve the processing are hampered by the rigid
structure of using a single file/specific components.
Furthermore, camera functionality remains tied to technol-
ogy available at the time of the design and is not readily
replaced and updated as technology improves. Accordingly,
a need exists for a more flexible, modular approach for
processing digital image data that provides enhanced digital
image output through an adaptable image processing sys-
tem.

SUMMARY OF THE INVENTION

Accordingly, the present invention meets these needs and
provides a method and system for allowing variably con-
trolled alteration of image processing of digital image data
in a digital image capture device. In a method aspect, the
method includes forming an image processing chain with
two or more image processors to process digital image data,
and providing one or more parametric controls within each
of the two or more image processors. The method further
includes accessing chosen controls of the one or more
parametric controls to modify the two or more image
processors for alteration of the image processing.

In a system aspect, the system includes a digital image
capture device, the digital image capture device capable of
processing digital image data through two or more image
processors, the two or more image processors have one or
more parametric controls, and a central processing unit. The
central processing is included within the digital image
capture device and capable of linking the two or more image
processors to form an image processing chain. The central
processing unit further facilitates access of chosen controls
of the one or more parametric controls for modification of
the two or more image processors and alteration of the image
processing.

With the present invention, processing of digital image
data occurs with a linked series of image processors. Each
of the image processors performs some level of manipula-
tion of the digital image data. The separation of digital image
processing into a series of image processors allows a more
modular approach to processing digital image data. Further,
the present invention uniquely allows modification of the
series through deletion of an image processor, insertion of a
different image processor, or replacement of an existing
image processor. In addition, aspects of an image processor,
including parameter control values, are alterable in accor-
dance with a preferred embodiment to allow greater adapt-
ability to user-specific design preferences. Enhancements
and changes to the chain are therein easily achieved, allow-
ing greater flexibility and more convenient upgrading of
digital image processing.

These and other advantages of the aspects of the present
invention will be more fully understood in conjunction with
the following detailed description and accompanying draw-
ings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a digital camera that operates
in accordance with the present invention.

FIG. 2 is a block diagram of the preferred embodiment for
the imaging device of FIG. 1.

FIG. 3 is a block diagram of the preferred embodiment for
the computer of FIG. 1.

FIG. 4 is a memory map showing the preferred embodi-
ment of the read only memory (ROM) of FIG. 3.

FIG. 5 is a block diagram showing preferred data paths for
transmitting image data between components of the FIG. 3
computer.

FIG. 6 illustrates an image processing chain of three
image processors.

FIG. 7 illustrates a more specific example of the image
processing chain.

FIG. 8 illustrates an image processing backplate in con-
junction with the image processing chain of FIG. 6.

DETAILED DESCRIPTION

The present invention relates to a flexible, modular
approach to processing of digital image data. The following
description is presented to enable one of ordinary skill in the
art to make and use the invention and is provided in the
context of a patent application and its requirements. Various
modifications to the preferred embodiment and the generic
principles and features described herein will be readily
apparent to those skilled in the art.

Although the following describes processing of digital
image data captured through a digital camera device, it is
meant as an illustrative embodiment of the features of the

US RE38,911 E

3

present invention. The present invention is equally capable of utilization with other devices that perform digital image data capture and processing, including, but not limited to, computer systems, including those used to capture digital images accessible from Internet sites and image scanner equipment. Further, the data structures and commands discussed with reference to a preferred embodiment are suitably included as part of high level code used directly by one or more applications that is readily achieved through the use of C, C++, or other similar programming language, and stored on a computer readable medium.

A digital camera architecture has been disclosed in co-pending U.S. patent application Ser. No. 08/666,241, entitled "A System And Method For Using A Unified Memory Architecture To Implement A Digital Camera Device," filed on Jun. 20, 1996, and assigned to the Assignee of the present application. The Applicant hereby incorporates the co-pending application by reference, and reproduces portions of that application herein with reference to FIGS. 1–5 for convenience.

Referring now to FIG. 1, a block diagram of a camera 110 is shown according to the present invention. Camera 110 preferably comprises an imaging device 114, a system bus 116 and a computer 118. Imaging device 144 is optically coupled to an object 112 and electrically coupled via system bus 116 to computer 118. Once a photographer has focused imaging devices 114 on object 112 and, using a capture button on some other means, instructed camera 110 to capture an image of object 112, computer 118 commands imaging device 114 via system bus 116 to capture raw image data representing object 112. The captured raw image data is transferred over system bus 116 to computer 118 which performs various image processing functions on the image data before storing it in its internal memory. System bus 116 also passes various status and control signals between imaging device 114 and computer 118.

Referring now to FIG. 2, a block diagram of the preferred embodiment of imaging device 114 is shown. Imaging device 114 preferably comprises a lens 220 having an iris, a filter 222, an image sensor 224, a timing generator 226, an analog signal processor (ASP) 228, an analog-to-digital (A/D) converter 230, an interface 232, and one or more motors 234.

U.S. patent application Ser. No. 08/355,031, entitled "A System and Method For Generating a Contrast Overlay as a Focus Assist for an Imaging Device," filed on Dec. 13, 1994, is incorporated herein by reference and provides a detailed discussion of the preferred elements of imaging device 114. Briefly, imaging device 114 captures an image of object 112 via reflected light impacting image sensor 224 along optical path 236. Image sensor 224 responsively generates a set of raw image data representing the captured image 112. The raw image data is then routed through ASP 228, A/D converter 230 and interface 232. Interface 232 has outputs for controlling ASP 228, motors 234 and timing generator 226. From interface 232, the raw image data passes over system bus 116 to computer 118.

Referring now to FIG. 3, a block diagram of the preferred embodiment for computer 118 is shown. System bus 116 provides connection paths between imaging device 114, power manager 342, central processing unit (CPU) 344, dynamic random-access memory (DRAM) 346, input/output interface (I/O) 348, read-only memory (ROM) 350, and buffers/connector 352. Removable memory 354 connects to system bus 116 via buffers/connector 352. Alternately, camera 110 may be implemented without removable memory 354 or buffers/connector 352.

4

Power manager 342 communicates via line 366 with power supply 356 and coordinates power management operations for camera 110. CPU 344 typically includes a conventional processor device for controlling the operation of camera 110. In the preferred embodiment, CPU 344 is capable of concurrently running multiple software routines to control the various processes of camera 110 within a multi-threading environment. DRAM 346 is a contiguous block of dynamic memory which may be selectively allocated to various storage functions.

I/O 348 is an interface device allowing communications to and from computer 118. For example, I/O 348 permits an external host computer (not shown) to connect to and communicate with computer 118. I/O 348 also permits a camera 110 user to communicate with camera 110 via an external user interface and via an external display panel, referred to as a view finder.

ROM 350 typically comprises a conventional nonvolatile read-only memory which stores a set of computer-readable program instructions to control the operation of camera 110. ROM 350 is further discussed below in conjunction with FIG. 4. Removable memory 354 serves as an additional image data storage area and is preferably a non-volatile device, readily removable and replaceable by a camera 110 user via buffers/connector 352. Thus, a user who possesses several removable memories 354 may replace a full removable memory 354 with an empty removable memory 354 to effectively expand the picture-taking capacity of camera 110. In the preferred embodiment of the present invention, removable memory 354 is typically implemented using a flash disk.

Power supply 356 supplies operating power to the various components of camera 110. In the preferred embodiment, power supply 356 provides operating power to a main power bus 362 and also to a secondary power bus 364. The main power bus 362 provides power to imaging devices 114, I/O 348, ROM 350 and removable memory 354. The secondary power bus 364 provides power to power manager 342, CPU 344 and DRAM 346.

Power supply 356 is connected to main batteries 358 and also to backup batteries 360. In the preferred embodiment, a camera 110 user may also connect power supply 356 to an external power source. During normal operation of power supply 356, the main batteries 358 provide operating power to power supply 356 which then provides the operating power to camera 110 via both main power bus 362 and secondary power bus 364.

During a power failure mode in which the main batteries 358 have failed (when their output voltage has fallen below a minimum operational voltage level) the backup batteries 360 provide operating power to power supply 356 which then provides the operating power only to the secondary power bus 364 of camera 110. Selected components of camera 110 (including DRAM 346) are thus protected against a power failure in main batteries 358.

Power supply 356 preferably also includes a flywheel capacitor connected to the power line coming from the main batteries 358. If the main batteries 358 suddenly fail, the flywheel capacitor temporarily maintains the voltage from the main batteries 358 at a sufficient level, so that computer 118 can protect any image data currently being processed by camera 110 before shutdown occurs.

Referring now to FIG. 4, a memory map showing the preferred embodiment of ROM 350 is shown. In the preferred embodiment, ROM 350 includes control application 400, toolbox 402, drivers 404, kernal 406 and system

5

configuration 408. Control application 400 comprises program instructions for controlling and coordinating the various functions of camera 110. Toolbox 402 contains selected function modules including memory manager 410, RAM spooler 1 (412), RAM spooler 2 (414), removable memory spooler 1 (416), removable memory spooler 2 (418), image processing and compression 420 and file system 422.

Referring now to FIG. 5, a block diagram showing preferred data paths for transmitting image data between selected computer 118 components is shown. In FIG. 5, frame buffer 536 receives and stores raw image data previously captured by image device 114. Frame buffer 536 then transfers control of the raw image data to RAM spooler 1 (412) via line 610. Alternatively, if RAM disk 532 is full, frame buffer 536 may transfer control of the raw image data directly to image processing/compression 420 using line 612. If RAM spooler 1 (412) receives control of the raw image data, it then stores the raw image data into RAM disk 532 using line 614.

Removable memory spooler 1 (416) may then access the raw image data from RAM disk 532 via line 616 and store it into removable memory 354 using line 618. Alternatively, if removable memory 354 is full or is not inserted, RAM disk 532 may provide the raw image data directly to image processing/compression 420 using line 620. If removable memory spooler 1 (416) stores the raw image data into removable memory 354, then image processing/compression 420 typically receives control of the stored raw image data using line 622.

LINKING IMAGE PROCESSORS FOR FORMING IMAGES

In the preferred embodiment, image processing and compression 420 occurs via an image processing chain (IPC). For purposes of this discussion, the IPC preferably refers to a software process that manipulates image data in a stage by stage fashion. As shown in FIG. 6, an IPC 500 is suitably composed of a sequence of image processors 502 with each image processor 502 performing a particular type of image transformation. The input image data 504 is suitably received from a single image source and output as output image data 506 into a single image destination. Image processors suitably refer to software modules that apply algorithms on image data to obtain a special image processing result, specific examples of which are described below with reference to FIG. 7.

FIG. 7 illustrates the IPC 500 with several examples of the image processor 502 capable for utilization as the IPC 500. For each of the image processors 502, an unambiguous image data format is specified for the input and output data. When the input and output image data formats are the same, the image processor 502 is considered non-transforming, examples of which are represented by the rounded boxes in FIG. 7. Conversely, image processors 502 that do not have the same input and output data formats are suitably considered transforming, examples of FIG. 7. Although the following description of FIG. 7 is given with a particular order and series of image processors for image processing to occur in a sequential and serial manner, it should be appreciated that in the preferred embodiment, any number of non-transforming image processors may be chained between two separate transforming image processors. Further, brief descriptions of the type of image processing capable by each image processor 502 are included as examples. However, the details of such processing are not included in the present discussion and are considered to be well understood by those skilled in the art. Thus, image processing through the use of other image processors in the IPC 500 is within the spirit and scope of the present invention.

6

The image processors 502 suitably include a first image processor 502a for linearization of the input image data 504. By way of example, linearization refers to a straightforward conversion of the image data from an eight-bit non-linear space to sixteen-bit linear space. As a more specific example, input pixels stored as eight bit compressed Bayer pattern image data are converted through linearization image processor 502a into sixteen bit extended Bayer pattern image data.

A next suitable image processor 502b is a bad pixel replacement processor. Bad pixel replacement suitably occurs through interpolation of the neighborhood pixels around the defective CCD pixels. The processing by image processor 502b capably receives and outputs pixel data in sixteen-bit linear space Bayer format.

As a next image processor 502, white balance processor 502c performs white balance image processing. Pixel data received and output by the white balance image processor 502c are approximately stored in sixteen-bit linear space Bayer format.

A fourth image processor 502d preferably performs image color or color filter array data (CFA) reconstruction. By way of example, the CFA reconstruction image processor 502d suitably achieves an interpolation operation to convert sixteen-bit extended Bayer CFA pattern CCD data into a forty-eight bit extended RGB image.

Following CFA reconstruction image processor 502d, color transformation image processor 502e is included. An appropriate color transformation image processor 502e employs a color correction matrix, such as to convert from device-dependent camera color space to device-independent linear CCIR709 color space. Preferably, the input and output pixel data is stored in forty-eight bit extended RGB format.

As a next image processor, YCC color space transformation image processor 502f is included. The YCC color space conversion image processor 502f suitably uses CCIR 601-2 specification to create an eight-bit YCrCb image from an RGB image. Input pixel data to image processor 502f is suitably given in forty-eight bit extended RGB format with output pixel data in twenty-four bit YCrCb444 format.

Two additional image processors 502 in the IPC 500 include sharpening image processor 502g and JPEG compression image processor 502h. Sharpening image processor 502g suitably receives input pixel data in twenty-four bit YCrCb format and outputs pixel data in the same format after performing sharpening operations. Parameter control of the sharpening suitably occurs with a range of values for the sharpening operation.

The JPEG compression image processor 502h suitably performs JFIF base line image compression. Input pixel data in twenty-four bit YCrCb444 format is output from image processor 502h as compressed and subsampled YCC format, 48-bit YCrCb411 per 4-pixel data. Two forms of parameter controls are achieved via image processor 502h to both control the degree of compression, e.g., maximum to normal to lossless, and to identify data as color or grayscale.

Coordination of the image processors 502 to form the IPC 500 is preferably done via an image processing backplane (IPB). In a preferred embodiment, the image processing backplane provides processing support in a broad manner to allow varying algorithms to be incorporated as image processors 502. The features of the processing support by the IPB are described in more detail with reference to FIG. 8 and include performing image scan line buffer input/output (I/O), IPC construction and connection, image processor parameter control setting, single pass through image data, procedural interface to the image processors, circular data

US RE38,911 E

7                                                                                              8

pipeline support, and ring-pixel handling, with minimal memory requirements and overheads.

FIG. 8 illustrates schematically an IPB 520 in conjunction with an IPC 500 including two image processors 502. Suitably, internal data structures, e.g., IPBImageBuf522 and IPBNode 524, are maintained by the IPB 520 for storing information related to the image processors 502 during processing and are connected indirectly in terms of data flow, as indicated by the dashed arrows in FIG. 8. The information maintained by the data structures 522 and 524 preferably includes locations of the input and output line buffers, and internal state and functional routine entry pointers of each image processor 502. Thus, data structure 522 capably contains pointers pointing to image scan line buffers 526 that are used to store input and output image data in formats suitably determined during installation of an image processor 502. More particularly, the image scan line buffers 526 preferably store one or more image scan lines, i.e., the lines of data forming a data pipeline that consists of the minimum number of lines required by an image processor 502.

For image processors 502, processing suitably occurs with a data pipeline that contains a single image scan line, i.e., an image pixel line in the fast scan direction from left to right. However, some image processors 502, such as compression image processors (e.g., 502h, FIG. 7), utilize more than one scan line during processing to take neighboring effects into account. When more than one scan line is needed by an image processor 502, a data pipeline is suitably defined for convenience at the input end of the image processor 502. For purposes of this discussion, a data pipeline refers to a minimum collection of image scan lines required by an image processor 502. Generally, a data pipeline includes an image scan line currently being processed, and some number of image scan lines prior to ('lookback') and/or after ('lookahead') the current image scan line. Suitably, access to the data pipeline occurs via a circular array of buffer pointers, so that after each processing iteration of the image processor 502, the pointers in the array are circularly rotated, as is well understood by those skilled in the art. In contrast to prior devices that typically require large amounts of memory to perform image data manipulations, the image scan line buffers provide sufficient memory to perform processing one scan line at a time, thus reducing the overall memory requirements without reducing processing capabilities.

Preferably, the data pipeline required by an image processor 502 is indicated during the installation of the image processor 502 in the IPC 500. Installation of an image processor 502 suitably occurs when the camera first starts up with an IPC 500 constructed from all of the default image processors 502 stored in the system ROM. Suitable functions to coordinate the construction and deconstruction of the IPC 500 include four functions, an initialization function, e.g., IPCInit, an installation function, e.g., IPCInstallImageProcessor, a connection function, e.g., IPCConnect, and a destruction function, e.g., IPCDestroy.

The IPC initialization function is called to create a new IPC 500. A suitable default IPC 500 converts raw CCD capture data into a JPEG compressed image. Preferably, the IPC initialization function returns a reference to a new image processing chain, identifies types of image processors included in the chain, and specifies a maximum expected width in pixels to be sent through the IPC, where the maximum width includes ring-pixels, which refer to supplementary image data at each side of the image required by an image processor to perform a particular algorithm.

The IPC installation function is called by an image processing application to the IPB 520 to install the image processor 502 into the IPC 500. Preferably, the installation function specifies an IPC reference number, as identified in the initialization function, and provides pointers to the seven functional routine entries, as discussed hereinbelow, of the image processor being installed.

The IPC connection function specifies an IPC reference number, and signals to the IPB 520 that all image processors 502 have been installed and that the IPC 500 contains all the required image processors 502 to perform image processing. The IPC destruction function specifies an IPC reference number and is called to destroy an IPC 500. Although a default camera IPC 500 is unlikely to be destroyed, other IPCs added to a camera for other purposes by functions in accordance with a preferred embodiment and discussed in more detail hereinbelow, are suitably destroyed with this function.

## MODULARITY OF IMAGE PROCESSORS THROUGH FLEXIBLE UPDATING OF AN IPC

Alterations to an existing IPC 500 readily occur in a preferred embodiment through an update function, e.g., IPBUpdateDefaultPC, that specifies the IPC reference number for the IPC 500 being updated/modified. Updating of an IPC 500 includes insertion of an image processor 502 to the IPC 500, deletion of an image processor 502 from the IPC 500, or replacement of an image processor 502 with an alternate image processor 502. Preferably, the default IPC 500 is updated via an image processor module on a storage device, e.g., removable memory, RAM disk, or internal memory. The image processor module suitably contains one or more plug-in image processors that each have one additional function, e.g., IPMPlugInProc, that defines the updating strategy, the signature of the target image processor to be updated, and pointers of the seven basic functions of an image processor, as described hereinbelow. Lack of identification of valid target image processors in an IPC or lack of match between the format of the output of one image processor and input of a next image processor chained together preferably results in cancellation of the updating attempt and restoration of the default IPC 500.

Defining an image processor 502, for use in a default IPC 500 or as an updating image processor, suitably occurs through seven functional routines or procedures, as indicated by block 528 in FIG. 8. A definition function, e.g., IPDefineProc, allows an image processor 502 to specify its characteristics. It is appropriately called by the IPB 520 when the image processor 502 is installed into the IPC 500 to identify the characteristics of the image processor 502. By way of example, for an image processor 502 that performs color correction via a 3x3 matrix, input and output formats of 48 bit extended RGB are capably identified by the definition function. Further characteristics identified include the configuration of the data pipeline associated with the image processor 502, the number of ring-pixels, and the number of parameter controls.

An initialization, e.g., IPInitProc, appropriately allows an image processor 502 to allocate any internal storage it might need when processing an image. It is suitably called by the IPB 520 only once when the image processor 502 is installed into the IPC 500. Subsequent calls to the other five functions described below then pass the internal storage space allocated by the IPInitProc as an argument. Further identified by the initialization function is the maximum width specification of an image scan line in pixels that is expected at the input, including ring-pixels at both the left and right sides. In the example of defining the color correction image

9

processor, the initialization function capably identifies a memory location storing a pointer to needed 3x3 matrix constant value internal variables, and the maximum width.

Two functions, a control function, e.g., IPControlProc, and a status function, e.g., IPStatusProc, deal with parameter controls of an image processor 502. Preferably, parameter controls for an image processor 502 each have a unique 4-character tag that is registered to avoid conflict. Parameter control values include two types, a range type and an enumerated list type. Range types of parameter control values are appropriately confined between the minimum and maximum settings for the range. Enumerated list parameter control values assign different enumerated numbers to different settings with a 32-character null terminated string used to provide an ASCII name for each enumerated list number. Examples of parameter controls include sharpening values (range type), color specification control values (range type), and compression control values (enumerated list type).

The control function, IP ControlProc, is called by the IPB 520 to control the processing parameters one parameter control at a time and only before a reset function, e.g., IPReset, call for every image to be processed. The status function, IPStatusProc, allows an image processor 502 called by the IPB 520 to determine any parameter kind, values types, factory default parameter setting, and current parameter setting of an image processor 502. No-operation routines are provided when the image processor does not support any parameter settings, such as in the example of the color correction image processor.

The reset function, IPResetProc, suitably allows IPB 520 to signal an image processor 502 to reset any internal variables used by the image processor 502 before every image is processed. With the color correction image processor example, no operation routines are provided, since no local variables need to be reset. A process function, e.g., IPProcessProc, suitably allows an image processor 502 to process image data one scan line at a time. It is suitably called whenever a data pipeline for the image processor 502 fills up. Thus, the operations for performing the 3x3 matrix manipulation in the color correction image processor example, are specified with the process function. A destruction function, e.g., IPDestroyProc, suitably allows an image processor to deallocate any internal storage allocated at initialization. It is appropriately called when the IPC 500 containing the image processor 502 is being removed. In response to this call, the image processor 502 preferably deallocates internal storage allocated in the initialization function call.

Entry points to these seven functional routines for an image processor 502, stored in an external data structure, e.g., Functions, as well as the characteristics of the image processor 502, are suitably stored in an internal data structure, e.g., ImageProc, by the IPB 520. Once the image processor 502 are defined through the seven functional routines and connected in an IPC 500, the IPB 520 suitably facilitates image processing operations by managing image buffer I/O, and activation of each image processor 502 as soon as enough input data has been collected. The information for the image data processed is suitably stored in a data structure, e.g., ImageInfo, including raw image size captured by a camera CCD, final processed output image size, bad pixel locations, etc.

MODIFIABLE PARAMETER CONTROL OR IMAGE PROCESSOR IN AN IPC

In a preferred embodiment, the IPB 520 further provides routines to allow exchanges of parameter control settings by

10

an external mechanism, such as a control application 400 (FIG. 4). These functions include parameter control capability and value determination functions, e.g., IPBGetParameterCapability, IPBGetDefaultParameter, and IPBGetParameter. Also included are functions for setting or restoring parameter control values, e.g., IPBSetDefaultParameter, IPBSetParameter, and IPBRestoreParameter. Preferably, for the parameter control value determination functions, an IPC 500 and the number of parameters requested are identified, as well as identification of a pointer to an array of parameter tags, a pointer to a memory location used to store a pointer for the parameter settings returned, and a pointer to a memory location where the number of bytes of parameter control values are stored. Similarly, for the capability determination function, an IPC is specified, the number of parameters requested is specified, a pointer to an array of parameter tags is specified, a pointer to a memory location used to store a pointer for the parameter capability information returned is specified, and a pointer to a memory location where the number of bytes of parameter capability information is stored is specified. Thus, access to the parameter controls managed by an IPC 500 are available, as well as current values, device dependent factory default values, and user-specified default values.

For the parameter control value setting functions, preferably identified by the functions are an IPC, a number of parameter control values to be set, and a pointer to a list of parameter tags and a pointer to a current value or a user default value that are to be set by the function. In addition, the set parameter function appropriately allows all parameters not listed in the specified parameter value list to be reset to their user default value when a Boolean variable is set. The restoration function similarly identifies an IPC and a number of parameters to be requested, provides a pointer to an array of parameter tags, and selects the type of parameter defaults, i.e., user-specified or device dependent factory, being reset through a Boolean variable. These functions therefore provide convenient accessibility to allow alteration of parameter control values in an IPC 500. Greater flexibility for adjusting an image processor 502 within an IPC 500 is advantageously provided.

Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will recognize that there could be variations to the embodiment and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill without departing from the spirit and scope of the present invention, the scope of which is defined by the following claims.

What is claimed is:

1. A method for allowing variably controlled alteration of image processing of digital image data in a digital image capture device, the method comprising:

forming an image processing chain with two or more image processors, the two or more image processors being stored in memory, wherein said processors are software modules and each performing a particular type of image transformation, to process digital image data;

providing one or more parametric controls that are uniquely identified and within each of the two or more image processors; and

accessing chosen controls of the one or more parametric controls within each of the two or more image processors to modify the two or more image processors for alteration of the image processing.

2. The method of claim 1 wherein the step of accessing further comprises altering a default value of the one or more parametric controls.

US RE38,911 E

11

12

3. The method of claim 2 wherein the step of altering further comprises setting the default value to a desired value.

4. The method of claim 2 wherein the step of altering further comprises resetting the default value to a device dependent factory value.

5. The method of claim 1 wherein the step of accessing further comprises determining current values of the one or more parametric controls.

6. The method of claim 1 wherein the step of accessing further comprises determining default values of the one or more parametric controls.

7. The method of claim 1 wherein the step of accessing further comprises determining parametric control capabilities of the one or more parametric controls.

8. The method of claim 7 wherein the step of determining parametric control capabilities further comprises providing values, value types, and device dependent factory default values.

9. The method of claim 1 wherein the two or more image processors further comprise a sharpening image processor and a compression image processor.

10. The method of claim 9 wherein the sharpening image processor provides a sharpening parametric control.

11. The method of claim 10 wherein the sharpening parametric control comprises a range type of control.

12. The method of claim 9 wherein the compression image processor provides a compression parametric control and a color specification control.

13. The method of claim 12 wherein the compression parametric control comprises an enumerated list type of control.

14. The method of claim 12 wherein the color specification parametric control comprises a range type of control.

15. A system for allowing variably controlled alteration of image processing of digital image data, the system comprising:

a digital image capture device, the digital image capture device capable of processing digital image data through two or more image processors, the two or more image processors being stored in memory, wherein said processors are software modules and each performing a particular type of image transformation and having one or more parametric controls that are uniquely identified; and

a central processing unit within the digital image capture device and capable of linking the two or more image processors to form an image processing chain, wherein the central processing unit facilitates access of chosen controls of the one or more parametric controls within each of the two or more image processors for modification of the two or more image processors and alteration of the image processing.

16. The system of claim 15 wherein the two or more image processors further comprise a sharpening image processor and a compression image processor.

17. The system of claim 15 wherein the central processing unit facilitates altering a default value of the one or more parametric controls.

18. The system of claim 15 wherein the central processing unit facilitates setting the default value to a desired value.

19. The system of claim 15 wherein the central processing unit facilitates resetting the default value to a device dependent factory default value.

20. The system of claim 15 wherein the central processing unit facilitates determining current values of the one or more parametric controls.

21. The system of claim 15 wherein the central processing unit facilitates determining default values of the one or more parametric controls.

22. The system of claim 15 wherein the central processing unit facilitates determining parametric control capabilities of the one or more parametric controls, including values, value types, and device dependent factory default values.

23. A computer readable medium containing program instructions for:

forming an image processing chain with two or more image processors, the two or more image processors stored in memory, wherein said processors are software modules and each performing a particular type of image transformation, to process digital image data;

providing one or more parametric controls that are uniquely identified and within each of the two or more image processors; and

accessing chosen controls of the one or more parametric controls within each of the two or more image processors to modify the two or more image processors for alteration of the image processing.

24. The system of claim 15 wherein at least one of the parameter controls has a default value that cannot be modified by a user.

25. The system of claim 15 wherein a non-transforming image processor is chained between two transforming image processors.

26. A method for allowing variable controlled alteration of image processing of digital image data in a digital image capture device, the method comprising:

forming an image processing chain with two or more image processors, the two or more image processors being stored in memory, wherein said processors are software modules and each performing a particular type of processing of digital image data;

providing one or more parametric controls that are uniquely identified and within each of the two or more image processors; and

accessing chosen controls of the one or more parametric controls within at least one of the two or more image processors to modify the image processor for alteration of the image processing.

27. A system for allowing variably controlled alteration of image processing of digital image data, the system comprising:

a digital image capture device, the digital image capture device capable of processing digital image data through two or more image processors, the two or more image processors being stored in memory, wherein said processors are software modules and each performing a particular type of image processing and having one or more parametric controls that are uniquely identified; and

a central processing unit within the digital image capture device and capable of linking the two or more image processors to form an image processing chain, wherein the central processing unit facilitates access of chosen controls of the one or more parametric controls within at least one of the two or more processors for modification of the image processor and alteration of the image processing.

28. The system of claim 27 wherein at least one of the parameter controls has a default value that cannot be modified by a user.

29. The system of claim 27 wherein a non-transforming image processor is chained between two transforming image processors.

US RE38,911 E

13

30. A method of controlling processing of digital image data in a digital image capture device, comprising:

forming an image processing chain with a plurality of image processors, the plurality of image processors being software modules stored in memory located within the digital image capture device, the image processors each performing a particular type of image processing on the digital image data; and

providing one or more parametric controls within each of the two or more image processors, at least one of the parametric controls accessible by a user of the digital image capture device for modifying at least one of the two or more image processors.

31. The method of claim 30 further comprising replacing a parametric control value with a user-specified value.

32. The method of claim 30 further comprising replacing a parametric control value with a default value.

33. The method of claim 30 further comprising exchanging a parametric control setting by an external mechanism.

34. A computer-readable medium having stored thereon instructions which, when executed by a processor, cause the processor to perform the steps of:

forming an image processing chain with a plurality of image processors, the plurality of image processors being software modules stored in memory located within the digital image capture device, the image processors each performing a particular type of image transformation on the digital image data; and

providing one or more parametric controls that are uniquely identified and within each of the two or more image processors, at least one of the parametric controls accessible by a user of the digital image capture device for modifying one of the two or more image processors.

14

35. The computer-readable medium of claim 34 further comprising replacing a parametric control value with a user-specified value.

36. The computer-readable medium of claim 34 further comprising replacing a parametric control value with a default value.

37. The computer-readable medium of claim 34 further comprising exchanging a parametric control setting by an external mechanism.

38. A system for controlling the processing of digital image data, comprising:

a digital image capture device having an image processing backplane for forming an image processing chain with a plurality of image processors, the plurality of image processors being software modules stored in memory located within the digital image capture device, the image processors each performing a particular type of image processing on the digital image data; and

a parametric control coupled to at least one of the two or more image processors, wherein the parametric control is accessible by a user of the digital capture device for modifying at least one of the two or more image processors.

39. The system of claim 38 wherein at least one parameter control is from a group of parameter controls comprising sharpening control values, color specification control values and compression control values.

40. The system of claim 38 wherein at least one of the parameter controls has a default value that cannot be modified by a user.

41. The system of claim 38 wherein a non-transforming image processor is chained between two transforming image processors.

* * * * *