UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., | ) | Case No.: 10-CV-01609-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER REQUESTING STATUS REPORT |
| EASTMAN KODAK COMPANY, | ) | |
| Defendant. | ) | |

On June 17, 2010, Judge Illston granted a stay in this case "until such time as there is a final, unappealable decision in Apple Inc.'s parallel proceeding against Eastman Kodak Company in the U.S. International Trade Commission." ECF No. 25. On August 2, 2010, this case was transferred to the undersigned judge. By January 17, 2012, the parties shall file a report on the status of the ITC action and a statement informing the Court why the stay should or should not be lifted.

**IT IS SO ORDERED.**

Dated: January 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01609-LHK
ORDER REQUESTING STATUS REPORT