| | |
|---|---|
| Brian E. Ferguson, *pro hac vice*<br>Weil Gotshal & Manges LLP<br>1300 Eye Street, N.W.<br>Washington, DC 20005<br>Telephone:   (202) 682-7516<br>Facsimile:    (202) 857-0940 | Michael J. Bettinger (SBN 122196)<br>Rachel R. Davidson (SBN 215517)<br>K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone:   (415) 882-8200<br>Facsimile:    (415) 882-8220 |
| Anne M. Cappella (SBN 181402)<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone:   (650) 802-3000<br>Facsimile:    (650) 802-3100 | Attorneys for Defendant<br>EASTMAN KODAK COMPANY |
| Attorneys for Plaintiff<br>APPLE INC. | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EASTMAN KODAK COMPANY, a New Jersey Corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No. CV-10-01609 LHK<br><br>**JOINT STUPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Apple Inc. and Defendant Eastman Kodak Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims, complaints, counterclaims, cross-claims, and causes of action arising in the above-styled action with prejudice, with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Dated: February 4, 2013_ | Dated: February 4, 2013__ |
| By: ___/s/_____<br>BRIAN E. FERGUSON, *PRO HAC VICE*<br>WEIL GOTSHAL & MANGES LLP<br>1300 Eye Street, N.W.<br>Washington, DC 20005<br>Telephone:   (202) 682-7516<br>Facsimile:   (202) 857-0940<br><br>ANNE M. CAPPELLA (SBN 181402)<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone:   (650) 802-3000<br>Facsimile:   (650) 802-3100 | By: ___/s/_____<br>MICHAEL J. BETTINGER (SBN 122196)<br>RACHEL R. DAVIDSON (SBN 215517)<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone:   (415) 882-8200<br>Facsimile:   (415) 882-8220 |
| Attorneys for Plaintiff<br>APPLE INC. | Attorneys for Defendant<br>EASTMAN KODAK COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. CV-10-01609 LHK |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| EASTMAN KODAK COMPANY, a New Jersey Corporation, | |
| Defendant. | |

Pursuant to the Joint Stipulation of Dismissal With Prejudice submitted by the parties in this case, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, complaints, counterclaims, cross-claims, and causes of action arising in the above-styled action be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees. The Clerk shall close the file.

Dated: February _25_, 2013

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of February, 2013, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

\_\_\_/s/_____

Brian E. Ferguson